**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Rainforest Cafe, Inc., a Minnesota corporation, Rainforest Cafe, Inc.-Mist, a Minnesota corporation, Rainforest Cafe, Inc.-Thunder, a Minnesota corporation,

Plaintiffs

vs.

PCL Construction Services, Inc., a Colorado corporation and StonCor Group, Inc., d/b/a Stonhard, Inc., a Delaware corporation,

Defendants.

**CIVIL NO. 0(-2272- (ADM/AJB)**

**STIPULATION AND ORDER REMANDING ACTION**

---

The parties, through their respective counsel, hereby stipulate that the above-captioned matter should be remanded to Hennepin County, Minnesota, District Court, where it was originally filed.

**LOMMEN, NELSON, COLE & STAGEBERG, P.A.**

Dated: October 31, 2000

By [signature]
J. Christopher Cuneo, #20370
James M. Lockhart, #176746
1800 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 336-9301
(612) 339-8064 - Facsimile

Attorneys for Defendant StonCor Group, Inc., d/b/a Stonhard, Inc.

NOV 0 3 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**RIDER, BENNETT, EGAN & ARUNDEL, LLP**

Dated: Nov 1, 2000

By ________________________

Mark A. Mitchell, #230546
Michael R. Docherty, #16690X
Michael M. Lafeber, #242871
2000 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402
(612) 340-7951
(612) 340-7900 - Facsimile

Attorneys for Plaintiff Rainforest Cafe, Inc.

**LEONARD, STREET & DEINARD**

Dated: Nov 1, 20000

By ________________________

Lowell J. Noteboom, #79972
Steven R. Lindemann, #197749
150 South Fifth Street
Suite 2300
Minneapolis, MN 55402
(612) 335-1500
(612) 335-1657

Attorneys for Defendant PCL Construction Services, Inc.

**ORDER**

Upon stipulation of the parties,

**IT IS HEREBY ORDERED:**

That this action is **REMANDED** to the District Court of Hennepin County, Minnesota.

**BY THE COURT:**

Dated: Nov. 3, 2000

By ______________________
The Honorable Ann D. Montgomery
United States District Court